# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No.   09-cv-2874-AP

ROBERT DEQUINZE,

     Plaintiff,

     v.

MICHAEL ASTRUE, COMMISSIONER OF SOCIAL SECURITY,

     Defendant.

---

## JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES

---

## 1.  APPEARANCES OF COUNSEL AND *PRO SE* PARTIES

<u>For Plaintiff</u>:
Chris R. Noel, Esq.
3000 Pearl Street, Suite 105
Boulder, Colorado 80301-2431
Telephone:  (303) 449-6503
Fax:  (720) 214-1836
E mail: chrisnoel@noelaw.com

<u>For Defendant</u>:
David Gaouette
United States Attorney

Kevin Thomas Traskos
Assistant U.S. Attorney
Kevin.Traskos@usdoj.gov

Special Assistant U.S. Attorney
1961 Stout Street, Suite 1001A
Denver, Colorado  80294
Telephone:  (303) 844-0015; Fax: (303) 844-0770
sandra.krider@ssa.gov
Attorneys for Defendant

## 2. STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 USC 405(g).

## 3. DATES OF FILING OF RELEVANT PLEADINGS

    **A.**    **Date Complaint Was Filed:  12/10/09.**

    **B.**    **Date Complaint Was Served on U.S. Attorney's Office: 12/11/09**

    **C.**    **Date Answer and Administrative Record Were Filed: 3/11/10.**

## 4. STATEMENT REGARDING THE ADEQUACY OF THE RECORD

**Plaintiff states:** Although Plaintiff's counsel will thoroughly review the Record, the accuracy and completeness of the Administrative Record cannot be ascertained until after Plaintiff's final opening brief is drafted and filed.

**Defendant states:** To the best of his knowledge, the record is complete.

## 5. STATEMENT REGARDING ADDITIONAL EVIDENCE

**Plaintiff states:**  See paragraph four above.

**Defendant states:**  None anticipated.

## 6. STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES

Plaintiff states: Defendant was granted an extension in which to Answer to see if an early remand was possible after Defendant's consultation with the Appeals Council.

Defendant states:  This case does not involve unusual claims or defenses.

## 7. OTHER MATTERS

Plaintiff states:   The record appears to be complete, but a final position by Plaintiff cannot be determined until the final draft of his opening brief is filed.

Defendant states: The administrative record is complete.

**8. BRIEFING SCHEDULE**

    **A.**    **Plaintiff's Opening Brief Due: May 20, 2010**

    **B.**    **Defendant's Response Brief Due: June 21, 2010**

    **C.**    **Plaintiff's Reply Brief Due: July 6, 2010**

**9. STATEMENTS REGARDING ORAL ARGUMENT**

    **A.**    **Plaintiff's Statement:** Oral Argument is requested if only to clarify any outstanding issues, and at the Court's behest.

    **B.**    **Defendant's Statement:** Oral Argument is not requested.

**10. CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

    **A.**    **(  ) All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**

    **B.**    **( x ) All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.**

## 11. OTHER MATTERS

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1 BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S CLIENT</u>, ALL ATTORNEYS OF RECORD, AND ALL *PRO SE* PARTIES.

## 12. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN

*The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>.*

DATED this 24th day of <u>March</u>, 2010.

BY THE COURT:

<u> s/John L. Kane </u>
U.S. DISTRICT COURT JUDGE

APPROVED:

| | |
|---|---|
| s/Chris R. Noel <br> CHRIS R. NOEL <br> 3000 Pearl Street, Suite 105 <br> Boulder, Colorado 80301-2431 <br> Telephone: (303) 449 6503 <br> FAX: 720 214 1836 <br> e mail: chrisnoel@noelaw.com <br> Attorney for Plaintiff Robert DeQuinze | David Gaouette <br> UNITED STATES ATTORNEY <br><br> Kevin Thomas Traskos <br> Assistant U.S. Attorney <br> kevin.traskos@usdoj.gov <br><br> s/Sandra Krider <br> By: <br> Special Assistant U.S. Attorney <br> 1961 Stout St., Suite 1001A <br> Denver, Colorado 80294 <br> Telephone: (303) 844-0015 <br> sandra.krider@ssa.gov <br><br> Attorneys for Defendant |